IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-07-392-3 |
| | § | |
| | § | |
| ELBERT GUILLORY (10091-035), | § | |
| | § | |
| Defendant. | § | |

## ORDER TO SURRENDER

The defendant's motion to delay surrender, (Docket Entry No.306), is granted.

Defendant Elbert Guillory is ordered to surrender by **2:00 p.m.**, on **November 23, 2009**, at FCI EL RENO, 4205 Highway 66 West, El Reno, OK, 73036.

SIGNED on October 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge